**FILED**



OCT 2 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel: (562) 868-5886
4  Fax: (562) 868-5491
   E-Mail: rohlfing_office@msn.com

5  Attorneys for Plaintiff

6

7             UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF CALIFORNIA
8

9

10 WENDELL W. CUMMINS,            ) Case No.: 1:07-cv-00234-AWI-TAG
                                  )
11       Plaintiff,               ) ▆▆▆▆▆▆▆ ORDER EXTENDING
                                  ) BRIEFING SCHEDULE
12 v.                             )
                                  )
13 MICHAEL J. ASTRUE,             )
   COMMISSIONER OF SOCIAL         )
14 SECURITY,                      )
                                  )
15       Defendant.               )

16

17      Based upon the stipulation of the parties, and for cause shown,

18      IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to

19 and including November 1, 2007, in which to provide Defendant with Plaintiff's

20 confidential letter brief; and that all other deadlines set forth in the

21 February 13, 2007 Scheduling Order shall be extended accordingly.

22      IT IS SO ORDERED.

23
   DATE: 10/25/2007           _____
24                            United States Magistrate Judge

25