IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL W. CUMMINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____ | Case No.: 1:07-cv-00234 JLT<br><br>ORDER DIRECTING DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S MOTION<br><br>(Doc. 25) |

On March 34, 2011, Plaintiff Wendell W. Cummins filed his motion for attorney fees pursuant to 42 U.S.C. § 406 (b), following a favorable decision after the Court's sentence four remand to the administrative law judge. (Doc. 25). Defendant has not filed a response to Plaintiff's motion. Therefore, Defendant SHALL file his opposition or notice of non-opposition to Plaintiff's motion within 21 days of service of this Order.

IT IS SO ORDERED.

Dated:   **May 2, 2011**　　　　　　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE